UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|   |   |   |
|---|---|---|
| IN RE PENNY A. JEAN | ) ) ) ) ) ) ) ) ) ) | 25-mc-91239-NMG |

## ORDER

**GORTON, J.**

Pro se litigant Penny A. Jean has filed an "Emergency Appeal to the Federal Magistrates" in which she seeks an injunction "against the denying/obstructive (18 USC 1512-Tampering/Evasive theft of [her] taxes . . . and the benefit of Trial by Jury they fund." (Docket #2 at 1).

In a "Supporting Statement of Facts," Jean refers to litigation in Woburn Superior Court concerning her real property. (Docket # 3). According to Jean, in October 2022 she signed a settlement agreement in that case under duress. Jean represents that she was sued for civil contempt in 2024 in relation to this matter and was ordered to pay attorney's fees. Jean states:

> Woburn Superior Court set a precedent in my case to award attorney fees and damages in which I will seek to reciprocate with $1,000.00 per day since Nov. 2022 and damages of no less than $4,500,000 . . ., the

>   return of all my property with free and clear title
>   and I can begin full restoration of my property.

Id. at 2.  Jean identifies twelve documents she allegedly filed in Woburn Superior Court that were "[u]nanswered."  Id. at 2-3.

Upon review of Jean's filings, the Court concludes that it is without jurisdiction to provide her any relief.  If Jean seeks further judicial review of the matters raised in her filings, she must do so within the state court system.  Subject to exceptions not relevant here, federal juridical review of a state court judgment is reserved for the United States Supreme Court.  See Davison v. Gov't of Puerto Rico-Puerto Rico Firefighters Corps., 471 F.3d 220, 223 (1st Cir. 2006) ("The proper forum for challenging an unlawful state court ruling is the United States Supreme Court, on appeal of the highest state court's final judgment.").

**So ordered.**

                                  /s/ Nathaniel M. Gorton
                                  Nathaniel M. Gorton
                                  United States District Judge
Dated: 05/21/2025

2